# United States District Court
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
V.
Manuel De Jesus Santana RALDA-Lopez
Citizen of Guatemala
YOB:1991
212950430
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 23-01085MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about May 03, 2017, Defendant Manuel De Jesus Santana RALDA-Lopez, an alien, was removed from the United States to Guatemala through the port of Albuquerque, New Mexico, in pursuance of law, and thereafter on or about January 17, 2023, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about January 17, 2023, near San Luis, Arizona in the District of Arizona, Defendant Manuel De Jesus Santana RALDA-Lopez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.   [X] Yes   [ ] No

Approved by and Assigned to AUSA Louie Uhl

*Signature of Complainant*
Kateryna Brake
Border Patrol Agent

Sworn to before me and subscribed telephonically,

January 19, 2023   at   Yuma, Arizona
Date                         City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# STATEMENT OF FACTUAL BASIS

Defendant: Manuel De Jesus Santana RALDA-Lopez

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time. The Defendant was last removed through Albuquerque, New Mexico on May 03, 2017.

**CRIMINAL AND IMMIGRATION HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 02/16/2017 | Albuquerque, New Mexico | Illegal Entry | Ordered Removed from the US (ER) (DO) |

Narrative:

The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Guatemala and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Milan, New Mexico on or about February 16, 2017.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on January 17, 2023.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Xiao Nie, Tyler Yelito, Arturo Santos.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPAs Stephen Potter and Jeremy Plante.

Charges:
8 USC 1326(a) (Felony)
8 USC 1325(a)(1) (Misdemeanor)

*Samantha Keiffer*
Signature of Complainant

Sworn to before me and subscribed telephonically,

January 19, 2023
Date

Signature of Judicial Officer